UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SHERIA NA-RA BELLE-BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:23 CV 491 JSD |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANUM AND ORDER**

On November 6, 2023, Plaintiff Sheria Na-Ra Belle-Bey filed a "Notice for the Testimony Under God for the Response for Consideration of the Magistrate Appointment." (ECF No. 21). Plaintiff appears to have filed this Notice in response to the Court's letter asking her to indicate whether she consents to magistrate judge jurisdiction.   (ECF No. 17).   Plaintiff's consent in the "Notice for the Testimony Under God for the Response for Consideration of the Magistrate Appointment," however, appears equivocal and ineffective for this Magistrate Judge to exercise jurisdiction.

The Court again provides a copy of the "Notice Regarding Magistrate Judge Jurisdiction" form.   The Court orders Plaintiff to submit this form indicating whether she consents to magistrate judge jurisdiction no later than November 22, 2023.   If Plaintiff does not consent or does not return the form by November 22, 2023, then the Clerk of the Court will reassign this case to a district judge.

1

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file her Notice Regarding Magistrate Judge Jurisdiction form no later than **Wednesday, November 22, 2023**.


Dated this 8th day of November, 2023.


_____

**JOSEPH S. DUEKER**
**UNITED STATES MAGISTRATE JUDGE**